1  Michael G. Woods, # 058683-0              (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendant
6  DENNIS E. DOWNUM, individually and in his
   official capacity as Sheriff of Calaveras County
7

8                    UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT

10

11 | KENNETH CANTAMOUT,              | Case No.  1:06 CV 00430 OWW DLB
12 |           Plaintiff,            | **STIPULATION FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITH PREJUDICE AND ORDER**
13 |     v.                          |
14 | DENNIS E. DOWNUM, INDIVIDUALLY  |
   | AND IN HIS OFFICIAL CAPACITY AS |
15 | SHERIFF OF CALAVERAS COUNTY,    |
16 |           Defendant.            |

17

18       IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff, Kenneth Cantamout, and
19 Defendant, Dennis E. Downum, individually and in his official capacity as Sheriff of Calaveras
20 County, through their respective counsel that the First Amended Complaint shall be dismissed
21 with prejudice.  The respective parties shall each bear their own costs and attorney's fees.

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

STIPULATION FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITH PREJUDICE AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: June 29, 2006 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By:  /s/ Michael G. Woods
Michael G. Woods
Attorneys for Defendant
DENNIS E. DOWNUM, individually
and in his official capacity as Sheriff of
Calaveras County

Dated: June 26, 2006

By:  /s/ Joel H. Siegal
Joel H. Siegal
Attorney for Plaintiff
KENNETH CANTAMOUT

## **O R D E R**

Based on the Stipulation of the parties hereto and GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED that the First Amended Complaint of Plaintiff, Kenneth Cantamout, is dismissed with prejudice.

Dated:  July 6, 2006      /s/ OLIVER W. WANGER
OLIVER W. WANGER, District Judge

15800/00004-981727.v1

PDF created with pdfFactory trial version www.pdffactory.com